# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 20-5076**                         **September Term, 2020**

FILED ON: JULY 9, 2021

FENG WANG, AND HIS CHILD, ET AL.,
APPELLANTS

v.

ANTONY BLINKEN, IN HIS OFFICIAL CAPACITY AS U.S. SECRETARY OF STATE, ET AL.,
APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-01732)

———

Before: SRINIVASAN, *Chief Judge*, MILLETT and WALKER, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court dismissing Plaintiffs' lawsuit be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Michael C. McGrail
Deputy Clerk

Date: July 9, 2021

Opinion for the court filed by Circuit Judge Walker.